

200 SUMMIT LAKE DRIVE, VALHALLA, NY 10595
TEL: 914.449.1000   FAX: 914.449.1100   WWW.KBRLAW.COM

June 1, 2026

PATRICK STOLTZ
DIRECT: 914.449.1076
PSTOLTZ@KBRLAW.COM

SARA MORIARTY
DIRECT: 914.449.1196
SMORIARTY@KBRLAW.COM

<u>VIA ECF</u>

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street, Courtroom 23A
New York, New York 10007

      Re:    *Jackson Ross-Pilkington et al., v. OurBus, Inc*.; Case no. 26-cv-3728-SHS

Dear Judge Stein:

We represent Defendant OurBus, Inc. ("OurBus") in the above-referenced action. Pursuant to Rule 1.E of Your Honor's Individual Rules, we respectfully submit this letter motion to request a forty (40) day extension of time for OurBus to respond to the complaint, and to adjourn the pre-trial conference in this matter to a date following OurBus's response.

OurBus was served with the Summons and Complaint through its Statutory Agent on May 15, 2026. Under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the time to respond is calculated from the date of service on the statutory agent, making the current deadline to respond June 5, 2025. The next scheduled appearance in this matter is the initial pretrial conference set for June 16, 2025.

We have reached out to opposing counsel and they have consented to this request. We are not aware of any deadlines set at this time. There have been no previous requests for extensions of time.

Accordingly, we respectfully request that the Court extend OurBus's time to respond to the complaint to July 15, 2026, and that the pretrial conference be adjourned from June 16, 2025 to a date after July 15, 2026. This request is made to allow sufficient time to confer with the client, discuss potential defenses, and coordinate with opposing counsel regarding the procedural posture

NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA

*Jackson Ross-Pilkington et al v. OurBus, Inc.*
Case No.: 26-cv-3728-SHS
Page 2

of the case. We thank the Court for its consideration and we are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Patrick Stoltz
Sara Moriarty
*Attorneys for Defendant*

cc: (via ECF)

Arun G. Ravindran
Ravindran Law Firm PLLC
2525 Ponce de Leon Blvd.
Suite 300
Coral Gables, FL 33134
arun@ravindranlaw.com
*Attorneys for Plaintiffs*

**Defendant's time to answer or move in response to the complaint is extended to July 15, 2026. The initial pretrial conference is adjourned to July 23, 2026, at 11:00 a.m.**

 **Dated: New York, New York**
         **June 2, 2026**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.

KAUFMAN BORGEEST & RYAN LLP