# RAVINDRAN

LAW FIRM PLLC

2525 Ponce de Leon Blvd., Suite 300
Coral Gables, FL 33134
www.ravindranlaw.com

**Arun G. Ravindran**
(321) 537-0029
arun@ravindranlaw.com

September 3, 2026

9/4/26
The briefing schedule on def's motion to dismiss is being held in abeyance. The September 25 conference is adjourned to October 29 at 10 a.m. unless a stipulation of dismissal with prejudice is filed prior to October 29.
So Ordered.
Sidney H Stein
USDJ

***Via CM/ECF***
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Ross-Pilkington, et al. v. OurBus, Inc.*, No. 1:26-cv-03728-SHS**

Dear Judge Stein:

The parties jointly write to respectfully request that the pending briefing deadlines concerning Defendant's Motion to Dismiss (ECF No. 19) be held in abeyance while the parties finalize their settlement.

Since the parties' August 25, 2026 letter to the Court (ECF No. 18), the parties have reached agreement on most of the material terms of settlement and anticipate reaching final agreement on all terms shortly. The parties anticipate filing a notice of settlement on or before September 24, 2026, followed by a stipulation of dismissal within 30 days after the filing of the notice of settlement.

Accordingly, to avoid the unnecessary expenditure of party and judicial resources while the settlement is being finalized, the parties respectfully request that all pending deadlines relating to the Motion to Dismiss be held in abeyance. Should the parties be unable to file a notice of settlement on or before September 24, 2026, they propose to file a letter status report advising the Court of the status of settlement and, if necessary, proposing a schedule for further briefing.

The requested relief will not affect any other deadline.

We thank the Court for its consideration.

Respectfully Submitted,
**RAVINDRAN LAW FIRM, PLLC**

*/s/ Arun G. Ravindran*
Arun G. Ravindran, Esq.

*Counsel for Plaintiffs*

*/s/ Patrick Stoltz*
Patrick Stoltz
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Dr.,
Valhalla, NY 10595
(919) 449-1000
pstolz@kbrlaw.com

Counsel for Defendant

Sara Moriarty
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Dr.,
Valhalla, NY 10595
(919) 449-1000
Smoriarty@kbrlaw.com

Counsel for Defendant